**UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MATTHEW AND STEPHANIE
WALKER,

        Plaintiffs,

vs.

ALLIED SERVICING
CORPORATION,

        Defendants.
_____/

Case No. 1:16-cv-1002

Hon. Janet T. Neff

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before the Court on the stipulation of the parties and the Court being fully advised:

IT IS ORDERED that that Plaintiffs' claims are dismissed with prejudice. The parties shall bear their own costs and fees. The case is closed.

**IT IS SO ORDERED.**

Dated: December 21, 2016          /s/ Janet T. Neff
                                                     Hon. Janet T. Neff